Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD WALLACE,<br><br>    Plaintiff,<br><br>    v.<br><br>MONMOUTH REAL ESTATE INVESTMENT CORPORATION, KIERNAN CONWAY, DANIEL D. CRONHEIM, CATHERINE B. ELFLEIN, BRIAN H. HAIMM, NEAL HERSTIK, MATTHEW I. HIRSCH, EUGENE W. LANDY, MICHAEL P. LANDY, SAMUEL A. LANDY, KEVIN S. MILLER, GREGORY T. OTTO, SONAL PANDE, and SCOTT L. ROBINSON,<br><br>    Defendants. | Case No: 1:21-cv-03982-RPK-JRC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Richard Wallace hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: October 11, 2021                                          Respectfully submitted,

                                                                                   **HALPER SADEH LLP**

                                                                                   By: /s/ Daniel Sadeh
                                                                                   Daniel Sadeh, Esq.

1

667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Daniel Sadeh, hereby certify that on October 11, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: October 11, 2021                                      /s/ Daniel Sadeh
                                                                                     Daniel Sadeh